**Dismissed; Opinion Filed June 26, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00340-CV

**THOMAS A. HYDE, JR. AND ROBERT L. WINSPEAR, Appellants**
**V.**
**RUBEN (RUBY) AZRAK AND KARL POWER, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06555**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

The clerk's record in this case is past due. By letter dated April 25, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellants had been found entitled to proceed without payment of costs within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. By order dated May 7, 2019, we granted appellants' request to extend time to pay for the clerk's and reporter's records and ordered appellants to provide written verification they had paid for the records by May 20, 2019.

To date, the clerk's record has not been filed, and appellants have not filed the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190340F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS A. HYDE, JR. AND ROBERT
L. WINSPEAR, Appellants

No. 05-19-00340-CV      V.

RUBEN (RUBY) AZRAK AND KARL
POWER, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-06555.
Opinion delivered by Justice Nowell.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees RUBEN (RUBY) AZRAK AND KARL POWER recover their costs of this appeal from appellants THOMAS A. HYDE, JR. AND ROBERT L. WINSPEAR.

Judgment entered this 26th day of June, 2019.